THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 19, 2015



Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Rodger Bradley, | Chapter 13 Bankruptcy |
|---|---|
| Debtor. | Case No. 15-22537-mdm |

**ORDER RESOLVING TRUSTEE'S AFFIDAVIT OF DEFAULT
IN SUPPORT OF MOTION TO DISMISS**

The Chapter 13 Trustee having filed an Affidavit of Default in Support of the Motion to Dismiss as permitted by the Order entered by the Court on August 4, 2015 and the Debtor having filed an objection to the Trustee's affidavit, the Court conducted a hearing on October 6, 2015. Attorney Robert W. Stack appeared for the Chapter 13 Trustee and Attorney William H. Green appeared for the Debtor. For the reasons set forth on the record at said hearing,

IT IS HEREBY ORDERED THAT:

1. The Trustee's Affidavit of Default is overruled.

2. The Debtor shall file an amended feasible Chapter 13 Plan on or before October 30, 2015.

3. The Debtor shall file an objection to the Internal Revenue Service claim on or before October 30, 2015

4. Should the Debtor fail to file an amended feasible Chapter 13 plan on or before October 30, 2015, or fail to file an objection to the Internal Revenue Service claim on or before October 30, 2015, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

5. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the Court.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943  F: (414) 271-9344