THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 20, 2015



Margaret Dee McGarity
United States Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: ROGER BRADLEY

Chapter 13 Bankruptcy

Debtor

Case No. 15-22537 MDM

**ORDER DISMISSING CASE - UNCONFIRMED PLAN**

    An order for relief under 11 USC Chapter 13 was entered in the case of the debtor named above, a subsequent motion to dismiss the case was filed pursuant to 11 USC Sec. 1307 (c), and it was determined after notice and a hearing on the motion, or no hearing having been held in the absence of an objection or request for hearing, that the case should be dismissed for the following reason(s):

    Failure to file an objection to the Internal Revenue Service claim on or before October 30, 2015.

    IT IS ORDERED that the case of the debtor is hereby dismissed.

#####