UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Roger Bradley           Case No 15-22537-BEH
        Debtor.                 Chapter 13

### AMENDED NOTICE OF MOTION FOR RELIEF FROM THE ORDER DISMISSING DEBTOR'S CHAPTER 13 BECAUSE DEBTOR WAS NOT IN DEFAULT ON PAYMENTS

    Debtor, by her attorney, William H. Green, has filed papers with the Court to for relief from the order dismissing the debtor's Chapter 13 case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, then on or before December 23**, 2015**, you or your attorney must file a written objection to the motion. It must be filed with the Clerk of the United States Bankruptcy Court at the address below:

**Clerk of Bankruptcy Court**
**attn. Janet Medlock**
**517 E. Wisconsin Avenue**
**Milwaukee, WI 53202**

    If you mail your objection to the court for filing, you must mail it early enough so that court will *receive* it within the 14-day period.

    You must also mail a copy to:

**William H. Green**
**2230 S. 108th Street, 1st floor**
**West Allis, WI 53227**
**414-763-7266 phone**
**414-546-2990 fax**
**willbky4545@gmail.com**

    **If you or your attorney do not take these steps, the Court may decided that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated this 8th day of December, 2015
Attorney for the Debtor
/s/William H. Green
SBN 1001678
2230 S. 108th Street, 1st floor
West Allis, WI 53227
414-763-7266 phone
414-546-2990 fax
willbky4545@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Roger Bradley　　　　　　　　　　Case No 15-22537-BEH
　　　　　　　Debtor.　　　　　　　　　　Chapter 13

**MOTION FOR RELIEF FROM THE ORDER DISMISSING DEBTOR'S CHAPTER 13 UNDER FRCP 60 BECAUSE DEBTOR WAS NOT IN DEFAULT ON PAYMENTS AND WAS IN COMPLIANCE WITH APPLICABLE COURT ORDERS**

　　　　The debtor, by her attorney, William H. Green, does bring this motion for relief from the order dismissing case under Rule 60 of The Federal Rules of Civil Procedure based on the following:

1. The Chapter 13 Trustee brought a motion to, and said motion was resolved by order of the Court.
2. The debtor did Amendments that resolved issues brought before the court making an objection to The IRS claim not necessary.
3. The debtor did file his tax returns, and while The IRS did not amend its claim, The Wisconsin Department of Revenue did amend theirs indicating that all tax returns had been filed.
4. This is de-facto evidence that all returns had in fact been filed.
5. The debtor was able to file an amended feasible plan that paid all priority claims, whether assessed or not.
6. Due to this set of facts the debtor should be granted relief from the order dismissing this case.

　　　　WHEREFORE The debtor prays to this court for relief from the order dismissing this case.

Dated this 8th day of December, 2015

Attorney for the debtor
/s/William H. Green
2230 S. 108th Street, 1st floor
West Allis, WI  53227
414-763-7266 phone
414-546-2990 fax
willbky4545@gmail.com

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Roger Bradley**, Debtor(s)

Case No. **15-22537**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 10, 2015**, a copy of ___ was served by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Account Recovery Services
- Accounts Receivable Management Inc
- Advance America #661
- Advance America #661
- Ally Financial
- AT&T Telephone-Bankruptcy Dept
- Aurora Health Care Metro
- Aurora Medical Group
- benesight
- Capital One Bankruptcy Dept
- cbe group
- CCB Credit Services
- Central Collections
- Check N Go
- City of Milwaukee Violations Bureau
- collection associates
- delta dental plan
- Dental Arts Associates
- Dental Arts Associates
- Dickinson Financial, LLC
- Direct TV
- elmbrook oral & maxillofacial
- fcnb/mastertrust
- Financial Control Services
- Ford Motor Credit
- ford motor credit co
- Froedtert Health
- GE Money Bank
- gmac
- hollander law offices, llc
- Home Care Medical Inc
- HSBC Bank
- Iowa co circuit court
- IRS-Insolvency
- MED HEALTH FINANCIAL SRV
- medical college of wisconsin
- Milwaukee County Circuit
- NCO Financial
- NY City dept of finance
- omni c/o ccs
- paul cotey, dds
- Professional Account Management LLC
- professional acct management
- progressive insurance
- Schelble Law Firm, SC
- Schelble Law Firm, SC
- Southwest Credit System, LP
- state collections
- Tate & Kirlin Associates

| |
|---|
| TCF National Bank |
| TCF National Bank |
| Time Warner Cable |
| TransWorld Systems |
| transworld systems inc |
| trugreen chemlawn |
| US Bank |
| US Bank |
| Wauwatosa Dental Group |
| WE Energies |
| wilfred e. briesemeister , esq |
| Wisconisn department of Revenue |
| Wisconsin Electric Power Co. |
| xm satellite radio |

/s/ Dana C. Norton
Dana C. Norton
Paralegal
Will Green Law Offices
2230 S. 108th Street
West Allis, WI 53227
414-763-7266 Fax:414-546-2990
willbky4545@gmail.com

```
Label Matrix for local noticing        AT&T Telephone-Bankruptcy Dept        Account Recovery Services
0757-2                                 P.O. Box 769                          3031 N. 114th Street
Case 15-22537-beh                      Arlington, TX 76004-0769              Milwaukee, WI 53222-4218
Eastern District of Wisconsin
Milwaukee
Thu Dec 10 09:46:18 CST 2015

Accounts Receivable Management Inc     Advance America #661                  Ally Financial
P.O. Box 129                           8066 N. 76th Street                   P.O. Box 380901
Thorofare, NJ 08086-0129               Milwaukee, WI 53223-3202              Bloomington, MN 55438-0901


Aurora Health Care Metro               Aurora Medical Group                  CCB Credit Services
P.O. Box 341100                        P.O. Box 341457                       P.O. Box 272
Milwaukee, WI 53234-1100               Milwaukee, WI 53234-1457              Springfield, IL 62705-0272


Capital One Bank (USA), N.A.           (p)CAPITAL ONE                        Central Collections
PO Box 71083                           PO BOX 30285                          10701 W. North Ave.
Charlotte, NC  28272-1083              SALT LAKE CITY UT 84130-0285          Milwaukee, WI 53226-2314


Check N Go                             City of Milwaukee Violations Bureau   Dental Arts Associates
2847 N. 76th Street                    P.O. Box 346                          11600 W. North Ave
Milwaukee, WI 53218-3826               Milwaukee, WI 53201-0346              Wauwatosa, WI 53226-2146


Dickinson Financial, LLC               (p)DIRECTV LLC                        Financial Control Services
C/O Messerli & Kramer, PA              ATTN BANKRUPTCIES                     N114 W19225 Clinton Dr.
3033 Campus Dr., Ste 250               PO BOX 6550                           Germantown, WI 53022-3015
Plymouth, MN 55441-2662                GREENWOOD VILLAGE CO 80155-6550


Ford Motor Credit                      Ford Motor Credit Company LLC         Froedtert Health
P.O. Box 64400                         c/o Schelble Law Firm SC              9200 W. Wisconsin Ave.
Colorado Springs, CO 80962-4400        622 N Water St, Suite 400             Milwaukee, WI 53226-3596
                                       Milwaukee WI 53202-4909


GE Money Bank                          HSBC Bank                             Home Care Medical Inc
P.O. Box 981469                        P.O. Box 5253                         Drawer 828
El Paso, TX 79998-1469                 Carol Stream, IL 60197-5253           Milwaukee, WI 53278-0828


(p)INTERNAL REVENUE SERVICE            Iowa  co circuit court                MED HEALTH FINANCIAL SRV
CENTRALIZED INSOLVENCY OPERATIONS      222 n. Iowa Street , ste 205          PO BOX 1996
PO BOX 7346                            Dodgeville, WI 53533-1557             Milwaukee, WI 53201-1996
PHILADELPHIA PA 19101-7346


Milwaukee County Circuit               NCO Financial                         NY City dept of finance
901 N 9th Street STE 104               PO BOX 15636                          c/o penn credit corp
Milwaukee, WI 53233-1425               Wilmington, DE 19850-5636             po box 988
                                                                             Harrisburg, PA 17108-0988
```

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

Professional Account Management LLC
P.O. Box 2080
Milwaukee, WI 53201-2080

Schelble Law Firm, SC
622 North Water Street, Ste 400
Milwaukee, WI 53202-4909

Southwest Credit System, LP
5910 W. Plano Pkwy
Suite 100
Plano, TX 75093-2202

TCF National Bank
800 Burr Ride PKWY
Willowbrook, IL 60527-0865

TCF National Bank
P.O. Box 170995
Milwaukee, WI 53217-8096

Tate & Kirlin Associates
2810 South Hampton Rd
Philadelphia, PA 19154-1207

Time Warner Cable
P.O. Box 3237
Milwaukee, WI 53201-3237

TransWorld Systems
507 Prudential Rd.
Horsham, PA 19044-2308

p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

WE Energies
231 W. Michigan St.
Milwaukee, WI 53203-2918

Wauwatosa Dental Group
2600 N. Mayfair Rd.
Milwaukee, WI 53226-1364

We Energies
Attn Bankruptcy Dept. RM A130
333 W Everett St
Milwaukee WI 53290-0002

Wisconisn department of Revenue
819 N 6th Street
Rm 408
Milwaukee, WI 53203-1606

Wisconsin Department of Revenue
Attn: Special Procedures, MS 4-SPU
PO BOX 8901
Madison WI 53708-8901

Wisconsin Electric Power Co.
231 W. Michigan Street
Room A172
Milwaukee, WI 53290-0003

benesight
po box 395
Pueblo, CO 81002

cbe group
paymennt processing
po box 2068
Waterloo, IA 50704-2068

collection associates
325 s. executive dr
Brookfield, WI 53005-4257

delta dental plan
po box 15965
Little Rock, AR 72231-5965

elmbrook oral & maxillofacial
12720 north avenue
Brookfield, WI 53005-4623

cnb/mastertrust
1620 dodge street
stop #3103
Omaha, NE 68102-1593

ford motor credit co
po box 88306
Chicago, IL 60680-1306

gmac
po box 217060
Auburn Hills, MI 48321

hollander law offices, llc
po box 105130
Atlanta, GA 30348-5130

medical college of wisconsin
physicians & clinics
po box 13308
Milwaukee, WI 53213-0308

omni c/o ccs
payment processing center
po box 55126
Boston, MA 02205-5126

paul cotey, dds
10701 north ave
Milwaukee, WI 53226-2314

professional acct management
2040 w. wisconsin ave
Milwaukee, WI 53233-2098

progressive insurance
po box 7247-0112
re:artisan &truckers cas
Philadelphia, PA 19170-0001

| | | |
|---|---|---|
| state collections<br>o box 6250<br>adison, WI 53716-0250 | transworld systems inc<br>2675 n mayfair rd #504<br>Milwaukee, WI 53226-1305 | trugreen chemlawn<br>n8 w22550 johnson dr<br>Waukesha, WI 53186-1661 |
| ilfred e. briesemeister , esq<br>050 pali verde , ste 113<br>ontclair, CA 91763-2333 | xm satellite radio<br>po box 9001399<br>Louisville, KY 40290-1399 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |
| amela Bradley<br>102 N 39th Street<br>ilwaukee, WI 53216-1643 | Roger Bradley<br>4102 N 39th Street<br>Milwaukee, WI 53216-1643 | William H. Green<br>Will Green Law Offices<br>2230 S. 108th Street<br>1st Floor<br>West Allis, WI 53227-1168 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| apital One Bankruptcy Dept<br>.O. Box 5155<br>orcross, GA 30091 | Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | IRS-Insolvency<br>211 w. wisconsin ave<br>Milwaukee, WI 53202 |
| S Bank<br>.O. Box 108<br>aint Louis, MO 63166 | (d)US Bank<br>P.O. Box 1800<br>Saint Paul, MN 55101-0800 | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     0<br>Total                  68 |